IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LONNIE B. WILSON,            ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| vs.                                        ) | Case No. CIV-05-483-M |
| ) | |
| JAMES A. YATES, Warden, *et al.*,  ) | |
| ) | |
| Respondents.   ) | |

## ORDER

On June 9, 2005, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation [docket no. 11] in this federal habeas action brought pursuant to 28 U.S.C. § 2254. Magistrate Judge Purcell recommends that Petitioner's Petition for a Writ of Habeas Corpus be dismissed upon filing as untimely or, in the alternative, for failure to exhaust state court remedies. The parties were advised of their right to object to the Report and Recommendation by June 29, 2005. Petitioner timely filed an objection.

The Court has carefully reviewed this matter de novo. The Court agrees with Magistrate Judge Purcell's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1) ADOPTS the Report and Recommendation issued by Magistrate Judge Purcell on June 9, 2005, and

(2) DISMISSES Petitioner's Petition for a Writ of Habeas Corpus [docket no. 1] as untimely.

**IT IS SO ORDERED this 11th day of July, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE